CASE# 12-38267-Ram

List of Creditors:

Chase

P.O. Box 78420

Phoenix, AZ 85062

# 1990279902


Wachovia

P.O. Box 609

Pittsburgh, PA 15230

#802868833